UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**APPEARANCE**

ALBERTO SANCHEZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MARATHON HEALTH, LLC

Defendant.

Comes now Stephen A Ruby and Clark Giles for the law firm of Giles Law Group, LLC, and hereby enter this Appearance on behalf of Plaintiff Alberto Sanchez and all others similarly situated, in the above-captioned cause of action.

Respectfully Submitted,

/s/ *Stephen A Ruby*
Stephen A Ruby, #30109-49
GILES LAW GROUP, LLC
6036 E. Washington Street
Indianapolis, IN 46219
Tel: 888-478-2889
Email: sruby@gileslawgroup.com

/s/ *Clark Giles*
Clark Giles, #34027-49
GILES LAW GROUP, LLC
6036 E. Washington Street
Indianapolis, IN 46219
Tel: 888-478-2889
Email: cgiles@gileslawgroup.com

*Counsel for Plaintiff*